AO 121 (6/90)

| TO:                                                                                          | REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT |
|----------------------------------------------------------------------------------------------|-----------------------------------------------------------------------------------|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 |                                                                                   |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION      ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF | DEFENDANT |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; FONOVISA, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; ZOMBA RECORDING LLC; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC. | DOES 1 - 30 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
|  | <u>See</u> Exhibit A, attached. |  |
| 1 |  |  |
| 2 |  |  |
| 3 |  |  |
| 4 |  |  |
| 5 |  |  |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading |
|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 |  |  |
| 2 |  |  |
| 3 |  |  |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

**EXHIBIT A [Time Warner]**

**IP Address:** 24.170.47.195 2007-07-19 14:46:54 EDT        **CASE ID#** 136611302

**P2P Network:** Gnutella                                    **Total Audio Files:** 101

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Kenny Chesney | Live Those Songs | No Shoes, No Shirt, No Problem | 308-547 |
| SONY BMG MUSIC ENTERTAINMENT | Good Charlotte | Lifestyles of the Rich and Famous | The Young and the Hopeless | 309-099 |
| BMG Music | Kenny Chesney | The Woman With You | When The Sun Goes Down | 341-104 |
| BMG Music | Kenny Chesney | She's Got It All | I Will Stand | 238-371 |
| BMG Music | Kenny Chesney | Back Where I Come From | Me And You | 188-603 |
| SONY BMG MUSIC ENTERTAINMENT | Good Charlotte | Little Things | Good Charlotte | 288-305 |
| BMG Music | Kenny Chesney | Don't Happen Twice | Greatest Hits | 277-700 |
| BMG Music | Kenny Chesney | Me And You | All I Need To Know | 208-984 |
| UMG Recordings, Inc. | New Found Glory | I Don't Wanna Know | Cataylst | 356-117 |

# EXHIBIT A

**IP Address:** 24.174.199.202 2007-07-17 00:12:22 EDT          **CASE ID#** 136384132

**P2P Network:** Gnutella                                        **Total Audio Files:** 1530

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Robbie Williams | She's the One | I've Been Expecting You | 337-289 |
| UMG Recordings, Inc. | Blink-182 | Emo | Dude Ranch | 243-969 |
| UMG Recordings, Inc. | The Cranberries | Zombie | No Need To Argue | 218-047 |
| Zomba Recording LLC | Ciara | Hotline | Goodies | 355-316 |
| Priority Records LLC | Ice Cube | MP | The War Disc | 268-428 |
| UMG Recordings, Inc. | The Killers | Mr. Brightside | Hot Fuss | 355-962 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | Dame (Touch Me) | J. Lo | 293-297 |
| UMG Recordings, Inc. | Hinder | Lips of an Angel | Extreme Behavior | 379-192 |

# EXHIBIT A

**IP Address:** 24.193.239.139 2007-07-30 22:39:05 EDT                    **CASE ID#** 137673884

**P2P Network:** Gnutella                                                                    **Total Audio Files:** 1607

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Mike Jones | Back Then | Who Is Mike Jones? | 374-374 |
| Capitol Records, Inc. | MC Hammer | U Can't Touch This | Please Hammer, Don't Hurt 'Em | 133-683 |
| UMG Recordings, Inc. | The Pussycat Dolls | Buttons | PCD | 377-102 |
| SONY BMG MUSIC ENTERTAINMENT | Rage Against the Machine | Take The Power Back | Rage Against The Machine | 152-061 |
| UMG Recordings, Inc. | LL Cool J | Phenomenon | Phenomenon | 243-497 |
| Atlantic Recording Corporation | Brandy | Have You Ever | Never Say Never | 256-701 |
| Priority Records LLC | Snoop Dogg | Beautiful | Paid Tha Cost To Be Da Bo$$ | 324-295 |
| UMG Recordings, Inc. | Mya | You | Moodring | 338-694 |
| Atlantic Recording Corporation | Twista | Hope | Kamikaze | 360-486 |
| UMG Recordings, Inc. | Jay-Z | Money, Cash, Hoes | Hard Knock Life, Vol. 2 | 246-547 |

# EXHIBIT A

**IP Address:** 24.210.189.112 2007-07-15 22:56:12 EDT          **CASE ID#** 136281321

**P2P Network:** Gnutella          **Total Audio Files:** 556

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Alabama | Down Home | Pass it on Down | 121-480 |
| UMG Recordings, Inc. | The All-American Rejects | Dirty Little Secret | Move Along | 374-412 |
| BMG Music | Alabama | Born Country | Born Country | 235-743 |
| BMG Music | Waylon Jennings | Old Friend | Are You Sure Hank Done It This Way | 141-777 |
| SONY BMG MUSIC ENTERTAINMENT | Montgomery Gentry | If You Ever Stop Loving Me | You Do Your Thing | 355-896 |
| UMG Recordings, Inc. | Guns N Roses | Paradise City | Appetite for Destruction | 85-358 |

# EXHIBIT A

**IP Address:** 24.26.223.39 2007-07-12 08:49:06 EDT

**P2P Network:** Gnutella

**CASE ID#** 135897159

**Total Audio Files:** 226

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | My Chemical Romance | The Ghost Of You | Three Cheers for Sweet Revenge | 360-197 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| SONY BMG MUSIC ENTERTAINMENT | The Isley Brothers | Groove With You | It's Your Thing | 132-503 |
| Interscope Records | City High | Caramel | City High | 297-264 |
| Zomba Recording LLC | Bowling for Soup | 1985 | A Hangover You Don't Deserve | 361-081 |
| UMG Recordings, Inc. | 3 Doors Down | The Road I'm On | Away from the Sun | 333-973 |
| Warner Bros. Records Inc. | Rod Stewart | All For Love | If We Fall In Love Tonight | 229-785 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Wish You Were Here | Morning View | 306-181 |
| Virgin Records America, Inc. | The Rolling Stones | Beast Of Burden | Some Girls | 1-522 |

# EXHIBIT A

**IP Address:** 24.59.12.10 2007-07-10 09:33:19 EDT          **CASE ID#** 135667753

**P2P Network:** Gnutella          **Total Audio Files:** 473

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Sugarland | Down In Mississippi (Up To No Good) | Twice The Speed Of Life | 364-758 |
| UMG Recordings, Inc. | The All-American Rejects | Move Along | Move Along | 374-412 |
| UMG Recordings, Inc. | U2 | Sunday Bloody Sunday | Under A Blood Red Sky | 49-959 |
| BMG Music | Kenny Chesney | Summertime | The Road and the Radio | 383-449 |
| Arista Records LLC | Sarah McLachlan | Angel | Surfacing | 243-027 |
| Warner Bros. Records Inc. | Faith Hill | Me | Faith | 253-752 |
| UMG Recordings, Inc. | Weezer | Beverly Hills | Make Believe | 376-565 |
| BMG Music | Alan Jackson | A Woman's Love | High Mileage | 295-185 |
| UMG Recordings, Inc. | The Pussycat Dolls | Buttons | PCD | 377-102 |
| Warner Bros. Records Inc. | Green Day | Wake Me Up When September Ends | American Idiot | 362-125 |

**EXHIBIT A**

**IP Address:** 65.186.212.47 2007-07-25 22:40:18 EDT          **CASE ID#** 137067451

**P2P Network:** Gnutella          **Total Audio Files:** 256

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Better than Ezra | Desperately Wanting | Friction, Baby | 225-706 |
| Elektra Entertainment Group Inc. | Better than Ezra | Under You | How Does Your Garden Grow? | 254-236 |
| Elektra Entertainment Group Inc. | Better than Ezra | A Lifetime | Closer | 301-016 |
| UMG Recordings, Inc. | Fall Out Boy | Dance, Dance | From Under The Cork Tree | 371-909 |
| Elektra Entertainment Group Inc. | Better than Ezra | Good | Deluxe | 175-924 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Champagne Supernova | (What's The Story) Morning Glory | 289-141 |

# EXHIBIT A

**IP Address:** 65.32.68.143 2007-07-19 23:40:28 EDT          **CASE ID#** 136641990

**P2P Network:** Gnutella          **Total Audio Files:** 84

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | The Police | Message In A Bottle | Regatta De Blanc | 13-166 |
| BMG Music | Hall & Oates | Out of Touch | Big Bam Boom | 58-564 |
| UMG Recordings, Inc. | The Police | King Of Pain | Synchronicity | 44-862 |
| SONY BMG MUSIC ENTERTAINMENT | Heart | Break | Bebe Le Strange | 17-640 |
| UMG Recordings, Inc. | The Police | Wrapped Around Your Finger | Synchronicity | 44-862 |

## EXHIBIT A

**IP Address:** 66.68.67.62 2007-07-05 10:27:15 EDT          **CASE ID#** 135027854

**P2P Network:** Gnutella                                    **Total Audio Files:** 845

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | George Strait | Ocean Front Property | Ocean Front Property | 78-741 |
| Warner Bros. Records Inc. | Madonna | Cherish | Like A Prayer | 106-808 |
| UMG Recordings, Inc. | Nelly | Over and Over | Suit | 358-551 |
| BMG Music | Foo Fighters | Best of You | In Your Honor | 377-762 |
| BMG Music | Alan Jackson | I'll Go On Loving You | High Mileage | 295-185 |
| UMG Recordings, Inc. | Kanye West | Gold Digger | Gold Digger (single) | 377-885 |
| Atlantic Recording Corporation | Jewel | Hands | Spirit | 261-953 |
| Capitol Records, Inc. | OK Go | Invincible | Oh No | 377-392 |
| Zomba Recording LLC | 311 | Amber | From Chaos | 301-893 |

**EXHIBIT A**

**IP Address:** 67.11.237.123 2007-07-23 23:37:59 EDT

**CASE ID#** 136795842

**P2P Network:** Gnutella

**Total Audio Files:** 1166

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Priority Records LLC | Ice Cube | MP | The War Disc | 268-428 |
| Atlantic Recording Corporation | Twista | Hope | Kamikaze | 360-486 |
| Atlantic Recording Corporation | Brandy | Have You Ever | Never Say Never | 256-701 |
| Elektra Entertainment Group Inc. | Better than Ezra | At The Stars | How Does Your Garden Grow? | 254-236 |
| Warner Bros. Records Inc. | Green Day | Holiday | American Idiot | 362-125 |
| UMG Recordings, Inc. | Rush | Witch Hunt | Moving Pictures | 25-005 |
| Arista Records LLC | Dido | White Flag | Life for Rent | 340-392 |
| SONY BMG MUSIC ENTERTAINMENT | Kandi | Don't Think I'm Not | Hey Kandi | 269-854 |

# EXHIBIT A

**IP Address:** 68.201.0.88 2007-07-18 02:04:46 EDT          **CASE ID#** 136477210

**P2P Network:** Gnutella          **Total Audio Files:** 140

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Aerosmith | Pink | Nine Lives | 246-031 |
| Capitol Records, Inc. | Everclear | Santa Monica | Sparkle And Fade | 279-015 |
| Virgin Records America, Inc. | Gorillaz | Dare | Demon Days | 379-135 |
| UMG Recordings, Inc. | Jay-Z | 99 Problems | The Black Album | 337-758 |
| Interscope Records | No Doubt | Sunday Morning | Tragic Kingdom | 206-724 |
| UMG Recordings, Inc. | Beck | Hell Yes | Guero | 372-955 |
| UMG Recordings, Inc. | Aerosmith | Crazy | Get A Grip | 153-061 |
| Virgin Records America, Inc. | Cracker | Low | Kerosene Hat | 175-493 |

# EXHIBIT A

**IP Address:** 69.207.174.70 2007-07-17 00:19:15 EDT        **CASE ID#** 136384094

**P2P Network:** Gnutella        **Total Audio Files:** 92

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Will Smith | Miami | Big Willie Style | 249-123 |
| Capitol Records, Inc. | Marcy Playground | Sex and Candy | Marcy Playground | 240-954 |
| Atlantic Recording Corporation | Jewel | Intuition | 0304 | 352-635 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | Waiting for Tonight | J. To Tha L-O!: The Remixes | 309-337 |
| Warner Bros. Records Inc. | Barenaked Ladies | Pinch Me | Maroon | 288-335 |
| Capitol Records, Inc. | Vanilla Ice | Ice Ice Baby | To The Extreme | 125-259 |
| Atlantic Recording Corporation | Jewel | You Were Meant for Me | Pieces of You | 198-481 |
| Warner Bros. Records Inc. | Orgy | Blue Monday | Candyass | 246-523 |
| BMG Music | Christina Aguilera | Can't Hold Us Down | Stripped | 326-219 |
| SONY BMG MUSIC ENTERTAINMENT | Beyonce | Crazy in Love | Dangerously in Love | 342-236 |

**EXHIBIT A**

**IP Address:** 70.123.178.64 2007-07-16 21:56:41 EDT          **CASE ID#** 136379623

**P2P Network:** Gnutella                                       **Total Audio Files:** 415

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Rush | YYZ | Moving Pictures | 25-005 |
| UMG Recordings, Inc. | Shania Twain | Up! | Up! | 326-255 |
| Interscope Records | Enrique Iglesias | Bailamos | Enrique | 214-257 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Cowboy Take Me Away | Fly | 275-086 |
| BMG Music | Emilio Navaira | Lo Dice Tu Mirada | Lo Dice Tu Mirada | 304-529 |
| Virgin Records America, Inc. | 30 Seconds To Mars | The Kill | A Beautiful Lie | 377-457 |
| Warner Bros. Records Inc. | Linkin Park | Numb | Meteora | 346-247 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Hey Daddy | Issues | 276-133 |
| Fonovisa, Inc. | Conjunto Primavera | Necesito Decirte | Necesito Decirte | 259-601 |
| UMG Recordings, Inc. | Trisha Yearwood | Georgia Rain | Jasper County | 377-103 |

## EXHIBIT A

**IP Address:** 71.70.81.145 2007-07-11 22:49:49 EDT          **CASE ID#** 135837622

**P2P Network:** Gnutella                                      **Total Audio Files:** 704

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| UMG Recordings, Inc. | Nelly | Over and Over | Suit | 358-551 |
| Elektra Entertainment Group Inc. | Fabolous | My Life | Street Dreams | 342-573 |
| Capitol Records, Inc. | Steve Miller Band | Jungle Love | Book of Dreams | N42553 |
| Atlantic Recording Corporation | Foreigner | Hot Blooded | Double Vision | 2-223 |
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| UMG Recordings, Inc. | Lynyrd Skynyrd | Simple Man | Pronounced Leh'-nerd Skin'-nerd | N8871 |
| UMG Recordings, Inc. | Nelly | Batter Up | Country Grammar | 281-782 |
| Warner Bros. Records Inc. | Rod Stewart | Some Guys Have All The Luck | Camouflage | 54-717 |
| BMG Music | Tyrese | Lately | Tyrese | 237-788 |

# EXHIBIT A

**IP Address:** 71.71.212.231 2007-07-18 23:29:29 EDT

**CASE ID#** 136553082

**P2P Network:** Gnutella

**Total Audio Files:** 100

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Nelly Furtado | Promiscuous | Promiscuous (single) | 391-618 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | I'm Real | J.To Tha L-O!: The Remixes | 309-337 |
| SONY BMG MUSIC ENTERTAINMENT | Beyonce | Naughty Girl | Dangerously in Love | 342-236 |
| UMG Recordings, Inc. | Nina Sky | Move Ya Body | Nina Sky | 355-025 |
| UMG Recordings, Inc. | Nelly Furtado | Say It Right | Loose | 387-509 |
| UMG Recordings, Inc. | Rihanna | Pon De Replay | Music Of The Sun | 372-611 |
| BMG Music | Christina Aguilera | Come On Over (All I Want Is You) | Christina Aguilera | 274-004 |

**EXHIBIT A**

**IP Address:** 71.71.51.75 2007-07-05 08:39:28 EDT          **CASE ID#** 135019451

**P2P Network:** Gnutella                                     **Total Audio Files:** 92

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Staind | Could It Be | 14 Shades of Grey | 332-424 |
| BMG Music | Alicia Keys | Fallin' | Songs in A Minor | 299-410 |
| SONY BMG MUSIC ENTERTAINMENT | Miranda Lambert | Kerosene | Kerosene | 367-710 |
| UMG Recordings, Inc. | Tiffany | I Think We're Alone Now | Tiffany | 83-157 |
| BMG Music | Kelly Clarkson | Gone | Breakaway | 352-147 |
| UMG Recordings, Inc. | Sugarland | Baby Girl | Baby Girl (single) | 360-650 |
| LaFace Records LLC | TLC | No Scrubs | Fanmail | 298-454 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Say My Name | The Writing's on the Wall | 268-936 |
| UMG Recordings, Inc. | Bon Jovi | Who Says You Can't Go Home | Have a Nice Day | 382-027 |
| UMG Recordings, Inc. | Reba McEntire | If I Had Only Known | For My Broken Heart | 135-078 |

## EXHIBIT A

**IP Address:** 71.75.22.51 2007-07-18 02:03:05 EDT

**CASE ID#** 136478326

**P2P Network:** Gnutella

**Total Audio Files:** 234

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Sugar Ray | Someday | 14:59 | 262-149 |
| UMG Recordings, Inc. | 3 Doors Down | When I'm Gone | Away from the Sun | 333-973 |
| SONY BMG MUSIC ENTERTAINMENT | Our Lady Peace | Innocent | Gravity | 317-043 |
| Interscope Records | Puddle of Mudd | Blurry | Come Clean | 301-465 |
| SONY BMG MUSIC ENTERTAINMENT | Good Charlotte | The Young and The Hopeless | The Young and the Hopeless | 309-099 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Wonderwall | (What's The Story) Morning Glory | 289-141 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Under the Bridge | Blood Sugar Sex Magik | 135-276 |
| UMG Recordings, Inc. | Weezer | Beverly Hills | Make Believe | 376-565 |
| Arista Records LLC | Santana | Maria Maria | Supernatural | 289-833 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |

**EXHIBIT A**

**IP Address:** 71.79.150.212 2007-07-30 03:24:06 EDT

**CASE ID#** 137580656

**P2P Network:** Gnutella

**Total Audio Files:** 1380

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | 10 Years | Prey | The Autumn Effect | 376-935 |
| Atlantic Recording Corporation | Twista | Drinks | Kamikaze | 360-486 |
| UMG Recordings, Inc. | Nine Inch Nails | Only | With Teeth | 374-159 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Wide Open Spaces | Wide Open Spaces | 252-000 |
| UMG Recordings, Inc. | Mary J. Blige | Be Without You | The Breakthrough | 384-873 |
| UMG Recordings, Inc. | George Strait | She Let Herself Go | Somewhere Down In Texas | 372-131 |
| Atlantic Recording Corporation | Collective Soul | Run | Dosage | 270-662 |
| UMG Recordings, Inc. | Gin Blossoms | Found Out About You | New Miserable Experience | 147-035 |

# EXHIBIT A

**IP Address:** 72.185.64.195 2007-07-30 22:35:24 EDT

**CASE ID#** 137673536

**P2P Network:** Gnutella

**Total Audio Files:** 21

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Mariah Carey | We Belong Together | The Emancipation of Mimi | 370-795 |
| Elektra Entertainment Group Inc. | Keith Sweat | Twisted | Keith Sweat | 226-496 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Hero | Music Box | 178-631 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| SONY BMG MUSIC ENTERTAINMENT | The Fugees | Ready Or Not | The Score | 222-005 |
| UMG Recordings, Inc. | Musiq | Musiq Soulchild | Aijuswanaseing | 291-528 |

# EXHIBIT A

**IP Address:** 74.64.75.3 2007-07-05 09:14:12 EDT          **CASE ID#** 135022152

**P2P Network:** Gnutella                                    **Total Audio Files:** 243

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Kanye West | Through the Wire | College Dropout | 347-391 |
| UMG Recordings, Inc. | Mary J. Blige | Take Me As I Am | The Breakthrough | 384-873 |
| Warner Bros. Records Inc. | My Chemical Romance | The Jetset Life Is Gonna Kill You | Three Cheers for Sweet Revenge | 360-197 |
| Elektra Entertainment Group Inc. | Keith Sweat | Make It Last Forever | Make It Last Forever | 86-761 |
| UMG Recordings, Inc. | Sisqo | Incomplete | Unleash The Dragon | 277-984 |
| Arista Records LLC | Next | Wifey | Welcome II Nextasy | 284-980 |
| Elektra Entertainment Group Inc. | Keith Sweat | Nobody | Keith Sweat | 226-496 |

# EXHIBIT A

**IP Address:** 74.69.126.183 2007-07-16 04:15:24 EDT

**CASE ID#** 136301099

**P2P Network:** Gnutella

**Total Audio Files:** 472

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Interscope Records | Puddle of Mudd | Blurry | Come Clean | 301-465 |
| UMG Recordings, Inc. | Rob Zombie | Dragula | Hellbilly Deluxe | 257-901 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Under the Bridge | Blood Sugar Sex Magik | 135-276 |
| UMG Recordings, Inc. | Tonic | If You Could Only See | Lemon Parade | 257-075 |
| UMG Recordings, Inc. | New Found Glory | All Downhill From Here | Cataylst | 356-117 |
| Warner Bros. Records Inc. | Van Halen | Right Now | For Unlawful Carnal Knowledge | 132-417 |
| Warner Bros. Records Inc. | Linkin Park | Breaking the Habit | Meteora | 346-247 |
| UMG Recordings, Inc. | 50 Cent | My Toy Soldier | The Massacre | 366-051 |
| SONY BMG MUSIC ENTERTAINMENT | Nine Days | Absolutely | The Madding Crowd | 267-204 |

# EXHIBIT A

**IP Address:** 74.77.8.136 2007-07-11 20:11:41 EDT          **CASE ID#** 135830922

**P2P Network:** Gnutella          **Total Audio Files:** 1031

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Zomba Recording LLC | Justin Timberlake | Cry Me a River | Justified | 319-834 |
| UMG Recordings, Inc. | Lifehouse | You And Me | Lifehouse | 370-643 |
| Capitol Records, Inc. | Blondie | Heart of Glass | Parallel Lines | 4-090 |
| UMG Recordings, Inc. | The All-American Rejects | It Ends Tonight | Move Along | 374-412 |
| BMG Music | Dave Matthews Band | The Space Between | Everyday | 300-313 |
| Arista Records LLC | Whitney Houston | I Will Always Love You | Bodyguard Soundtrack | 152-583 |
| BMG Music | Christina Aguilera | Soar | Stripped | 326-219 |
| BMG Music | Kelly Clarkson | Because Of You | Breakaway | 352-147 |
| BMG Music | NSYNC | God Must Have Spent A Little More Time on You | *NSYNC | 252-748 |
| UMG Recordings, Inc. | Hinder | Better Than Me | Extreme Behavior | 379-192 |

# EXHIBIT A

**IP Address:** 75.81.7.124 2007-08-02 06:40:54 EDT      **CASE ID#** 137955627

**P2P Network:** Gnutella      **Total Audio Files:** 364

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Godsmack | Voodoo | Godsmack | 241-879 |
| Warner Bros. Records Inc. | Disturbed | Land of Confusion | Ten Thousand Fists | 380-289 |
| UMG Recordings, Inc. | Snow Patrol | Run | Final Straw | 353-890 |
| Warner Bros. Records Inc. | Van Halen | Hot for Teacher | 1984 (MCMLXXXIV) | 52-319 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Make Me Bad | Issues | 276-133 |
| UMG Recordings, Inc. | 3 Doors Down | Kryptonite | The Better Life | 277-407 |
| UMG Recordings, Inc. | Beastie Boys | Brass Monkey | Licensed To Ill | 79-470 |
| Interscope Records | Eminem | The Way I Am | The Marshall Mathers LP | 287-944 |
| UMG Recordings, Inc. | Tom Petty | American Girl | Long After Dark | 50-037 |

# EXHIBIT A

**IP Address:** 75.85.59.96 2007-08-02 06:46:02 EDT

**P2P Network:** Gnutella

**CASE ID#** 137956822

**Total Audio Files:** 580

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | The Cure | Close to Me | The Head on the Door | 65-872 |
| Zomba Recording LLC | 311 | Amber | From Chaos | 301-893 |
| UMG Recordings, Inc. | G-Unit | I Smell Pussy | Beg For Mercy | 337-759 |
| Zomba Recording LLC | A Tribe Called Quest | Oh My God | Midnight Marauders | 185-359 |
| Elektra Entertainment Group Inc. | Eagles | One of These Nights | One of These Nights | N28687 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | I Just Can't Stop Loving You | Bad | 84-256 |
| UMG Recordings, Inc. | 50 Cent | Patiently Waiting | Get Rich Or Die Tryin' | 337-801 |
| Elektra Entertainment Group Inc. | Eagles | Heartache Tonight | The Long Run | 13-182 |
| UMG Recordings, Inc. | U2 | Sunday Bloody Sunday | Under A Blood Red Sky | 49-959 |

# EXHIBIT A

**IP Address:** 75.86.221.191 2007-07-30 22:52:35 EDT

**CASE ID#** 137674151

**P2P Network:** Gnutella

**Total Audio Files:** 86

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | REO Speedwagon | Keep on Loving You | Hi Infidelity | 24-298 |
| UMG Recordings, Inc. | Nelly | Grillz | Grillz (single) | 385-148 |
| UMG Recordings, Inc. | Mariah Carey | Shake It Off | The Emancipation of Mimi | 370-795 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| UMG Recordings, Inc. | Rihanna | Break It Off | A Girl Like Me | 387-137 |
| UMG Recordings, Inc. | Nelly | Heart of a Champion | Sweat | 358-561 |
| SONY BMG MUSIC ENTERTAINMENT | REO Speedwagon | Can't Fight This Feeling | Wheels Are Turnin' | 64-148 |

# EXHIBIT A

**IP Address:** 76.172.133.191 2007-07-09 04:29:57 EDT          **CASE ID#** 135518758

**P2P Network:** Gnutella          **Total Audio Files:** 1053

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | The All-American Rejects | It Ends Tonight | Move Along | 374-412 |
| BMG Music | Kelly Clarkson | Anytime | Thankful | 355-313 |
| UMG Recordings, Inc. | 98 Degrees | Always You And I | Revelation | 270-025 |
| BMG Music | Lonestar | Amazed | Lonely Grill | 187-003 |
| Arista Records LLC | Avril Lavigne | I'm With You | Let Go | 312-786 |
| BMG Music | Lonestar | Not a Day Goes By | I'm Already There | 298-550 |
| BMG Music | O-Town | Liquid Dreams | O-Town | 294-872 |
| Virgin Records America, Inc. | Spice Girls | Viva Forever | Spiceworld | 261-523 |
| BMG Music | Christina Aguilera | The Voice Within | Stripped | 326-219 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Bolton | Go The Distance | All That Matters | 248-898 |

# EXHIBIT A

**IP Address:** 76.177.187.83 2007-07-12 08:23:17 EDT

**CASE ID#** 135890312

**P2P Network:** Gnutella

**Total Audio Files:** 526

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Willie Nelson | Seven Spanish Angels | Half Nelson | 79-710 |
| UMG Recordings, Inc. | Blue October | Hate Me | Foiled | 388-117 |
| UMG Recordings, Inc. | Ludacris | Roll Out | Word of Mouf | 304-605 |
| Zomba Recording LLC | Three Days Grace | Take Me Under | Three Days Grace | 338-429 |
| Arista Records LLC | Brad Paisley | I'm Gonna Miss Her | Part II | 298-930 |
| Warner Bros. Records Inc. | Disturbed | Intoxication | Believe | 316-958 |
| BMG Music | Kenny Chesney | The Woman With You | When The Sun Goes Down | 341-104 |
| UMG Recordings, Inc. | Vince Gill | Go Rest High on That Mountain | When Love Finds You | 190-152 |
| BMG Music | Kenny Chesney | I Lost It | Greatest Hits | 277-700 |
| Capitol Records, Inc. | Pink Floyd | Another Brick in the Wall, Pt. 2 | The Wall | 14-787 |

**EXHIBIT A**

**IP Address:** 76.182.33.209 2007-07-12 08:24:16 EDT

**CASE ID#** 135889486

**P2P Network:** Gnutella

**Total Audio Files:** 247

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Sisqo | Thong Song | Unleash The Dragon | 277-984 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Name | A Boy Named Goo | 193-623 |
| UMG Recordings, Inc. | DMX | Damien | It's Dark And Hell Is Hot | 252-613 |
| Capitol Records, Inc. | Chingy | One Call Away | Jackpot | 343-105 |
| SONY BMG MUSIC ENTERTAINMENT | Crossfade | Cold | Crossfade | 354-126 |
| UMG Recordings, Inc. | Hinder | Better Than Me | Extreme Behavior | 379-192 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Street Dreams | It Was Written | 220-016 |
| Atlantic Recording Corporation | Lil Kim | Magic Stick | Bella Mafia | 351-071 |
| Priority Records LLC | Ice Cube | MP | The War Disc | 268-428 |
| UMG Recordings, Inc. | Kanye West | Diamonds From Sierra Leone | Late Registration | 372-867 |

# EXHIBIT A

**IP Address:** 76.187.2.196 2007-07-22 12:17:57 EDT

**CASE ID#** 136708440

**P2P Network:** Gnutella

**Total Audio Files:** 101

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Christina Aguilera | Dirrty | Stripped | 326-219 |
| Zomba Recording LLC | Ciara | And I | Goodies | 355-316 |
| UMG Recordings, Inc. | Nelly Furtado | Say It Right | Loose | 387-509 |
| Motown Record Company, L.P. | Boyz II Men | Water Runs Dry | II | 196-004 |
| UMG Recordings, Inc. | Vince Gill | Go Rest High on That Mountain | When Love Finds You | 190-152 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Survivor | Survivor | 289-199 |
| Atlantic Recording Corporation | Jewel | Foolish Games | Pieces of You | 198-481 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| Capitol Records, Inc. | Keith Urban | Making Memories Of Us | Be Here | 353-271 |
| Virgin Records America, Inc. | Janet Jackson | Again | Janet | 174-392 |

# EXHIBIT A

**IP Address:** 76.189.55.78 2007-07-16 00:05:33 EDT          **CASE ID#** 136283513

**P2P Network:** Gnutella                                      **Total Audio Files:** 127

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Nelly | Batter Up | Country Grammar | 281-782 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Apache Rose Peacock | Blood Sugar Sex Magik | 135-276 |
| UMG Recordings, Inc. | Blink-182 | Stay Together For The Kids | Take Off Your Pants And Jacket | 301-317 |
| Capitol Records, Inc. | Robbie Williams | She's the One | I've Been Expecting You | 337-289 |
| Warner Bros. Records Inc. | Linkin Park | Numb | Meteora | 346-247 |
| Capitol Records, Inc. | Robbie Williams | Let Me Entertain You | Life Thru a Lens | 333-209 |
| BMG Music | Kelly Clarkson | Because Of You | Breakaway | 352-147 |
| BMG Music | Kelly Clarkson | Miss Independent | Thankful | 355-313 |