Arista Records, et al