HEIL EINSTEIN, J

'07 CIV 7630

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CAPITOL RECORDS, INC., a Delaware :
corporation; ELEKTRA ENTERTAINMENT
GROUP INC., a Delaware corporation; :
FONOVISA, INC., a California corporation;
INTERSCOPE RECORDS, a California general : Civil Action No.:
partnership; LAFACE RECORDS LLC, a
Delaware limited liability company; MOTOWN :
RECORD COMPANY, L.P., a California limited
partnership; PRIORITY RECORDS LLC, a :
California limited liability company; SONY BMG
MUSIC ENTERTAINMENT, a Delaware general :
partnership; UMG RECORDINGS, INC., a
Delaware corporation; ZOMBA RECORDING :
LLC, a Delaware limited liability company;
VIRGIN RECORDS AMERICA, INC., a :
California corporation; and WARNER BROS.
RECORDS INC., a Delaware corporation, :

         Plaintiffs, :

         -against- :

DOES 1 - 30, :

         Defendants. :

------------------------------------------------------------x



U.S. DISTRICT COURT FILED AUG 28 2007 S.D. OF N.Y.

## [PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY

    Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

    ORDERED that Plaintiffs may serve immediate discovery on Time Warner Cable to obtain the identity of each Doe Defendant by serving a Rule 45 subpoena that seeks documents that identify each Doe Defendant, including the name, current (and permanent) addresses and telephone numbers, e-mail addresses, and Media Access Control addresses for

MICROFILM AUG 28 2007 ~3 PM

each Defendant. The disclosure of this information is consistent with Time Warner Cable's obligations under 47 U.S.C. § 551(c)(2)(B).

IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

DATED: 8/28/2007

By: _____
United States District Judge
**LAURA TAYLOR SWAIN U.S.D.J.** PART I

2