UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---------------------------------------x

ARISTA RECORDS LLC, a Delaware limited
liability company; ATLANTIC RECORDING
CORPORATION, a Delaware corporation; BMG
MUSIC, a New York general partnership; CAPITOL
RECORDS, INC., a Delaware corporation;
ELEKTRA ENTERTAINMENT GROUP INC., a
Delaware corporation; FONOVISA, INC., a
California corporation; INTERSCOPE RECORDS, a
California general partnership; LAFACE RECORDS
LLC, a Delaware limited liability company;
MOTOWN RECORD COMPANY, L.P., a
California limited partnership; PRIORITY
RECORDS LLC, a California limited liability
company; SONY BMG MUSIC
ENTERTAINMENT, a Delaware general
partnership; UMG RECORDINGS, INC., a
Delaware corporation; ZOMBA RECORDING LLC,
a Delaware limited liability company; VIRGIN
RECORDS AMERICA, INC., a California
corporation; and WARNER BROS. RECORDS
INC., a Delaware corporation,

      Plaintiffs,

  -against-

DOES 1-30,

      Defendants.
---------------------------------------x

Civil Action No.: 07-cv-07630 (NRB)

Filed Electronically

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

    Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs ARISTA RECORDS LLC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims

1

against Defendant Does 1-30, each party to bear its/his own fees and costs. The Clerk of Court is respectfully requested to close this case.

Dated: Stamford, Connecticut
December 27, 2007

ROBINSON & COLE LLP
Attorneys for Plaintiffs

By: _____
Brian E. Moran (BM-8573)
Victor B. Kao (VK-6967)
885 Third Avenue, Suite 2800
New York, NY 10022-4834
Telephone: (212) 451-2900
Facsimile: (212) 451-2999

So Ordered.

*[signed]* Naomi Reice Buchwald, USDJ

December 27, 2007